UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for Broadway Bank *ex rel.* LEE MONCHO,<br><br>Plaintiff,<br><br>vs.<br><br>MB FINANCIAL BANK, N.A.,<br><br>Defendant. | Case No.: 14-cv-6003<br><br>Judge Daniels |



JAN 0 6 2021

**ORDER**

IT IS HEREBY ORDERED THAT:

1. Relator shall file his opposition to Defendant's motion to dismiss or amended complaint on or before January 19, 2021.

2. Defendant shall file:

    a. its reply to Relator's opposition to Defendant's motion to dismiss on or before February 9, 2021; or

    b. its response to Relator's amended complaint on or before February ~~26~~ 18, 2021.

SO ORDERED:  JAN 0 6 2021

*[signature: George B Daniels]*

HONORABLE GEORGE B. DANIELS
United States District Judge