UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for Broadway Bank *ex rel.* LEE MONCHO,

Plaintiff,

vs.

FIFTH THIRD BANK, N.A., as successor-in-interest to MB FINANCIAL BANK, N.A.,

Defendant.

Case No.: 14-cv-6003

Judge Daniels



## ORDER

IT IS HEREBY ORDERED THAT:

1. Defendant shall file its motion to dismiss the amended complaint on or before March 4, 2021.

2. Relator shall file his opposition to Defendant's motion to dismiss the amended complaint on or before April 1, 2021.

3. Defendant shall file its reply to Relator's opposition to Defendant's motion to dismiss on or before April 15, 2021.

SO ORDERED:  FEB 18 2021

*George B Daniels*

HONORABLE GEORGE B. DANIELS
United States District Judge