**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X

FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for Broadway
Bank *ex rel.* LEE MONCHO,

                      Plaintiff,

-against-

FIFTH THIRD BANK, N.A., as
successor-in-interest to MB FINANCIAL
BANK, N.A.,

                      Defendants.

------------------------------------- X



ORDER

14 Civ. 6003 (GBD)

GEORGE B. DANIELS, District Judge:

The Court will hear oral argument on Defendant's Motion to Dismiss the Amended Complaint, (ECF 43), on July 28, 2021 at 11:00 a.m.

Dated: May 25, 2021
      New York, New York

                                                SO ORDERED.

                                                *George B. Daniels*
                                                GEORGE B. DANIELS
                                                UNITED STATES DISTRICT JUDGE