UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for Broadway
Bank *ex rel.* LEE MONCHO,

                                Plaintiff,

      -against-

FIFTH THIRD BANK, N.A., as
successor-in-interest to MB FINANCIAL
BANK, N.A.,

                              Defendants.

------------------------------------- X

ORDER

14 Civ. 6003 (GBD)

GEORGE B. DANIELS, District Judge:

The Clerk of the Court is directed to close the open motion at ECF No. 43 (Motion to Dismiss the Amended Complaint) as having been rendered moot by ECF No. 65 (Second Amended Complaint).

Dated: March 14, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE