**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for Broadway
Bank *ex rel.* LEE MONCHO,

                       Plaintiff,
    -against-

FIFTH THIRD BANK, N.A., as
successor-in-interest to MB FINANCIAL
BANK, N.A.,

                       Defendants.

------------------------------------ x

ORDER

14 Civ. 6003 (GBD)

GEORGE B. DANIELS, District Judge:

    The Court will hear oral argument on Defendant's Motion to Dismiss the Complaint, (ECF No. 66), on July 13, 2022 at 10:30 a.m.

Dated: May 9, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE