UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for Broadway
Bank *ex rel.* LEE MONCHO,

                              Plaintiff,

    -against-

FIFTH THIRD BANK, N.A., as
successor-in-interest to MB FINANCIAL
BANK, N.A.,

                             Defendants.
------------------------------------------------------------ X

ORDER

14 Civ. 6003 (GBD)

GEORGE B. DANIELS, District Judge:

    The oral argument on Defendant's Motion to Dismiss the Complaint, (ECF No. 66), scheduled for July 13, 2022 is adjourned to August 10, 2022 at 10:30 a.m.

Dated: July 6, 2022
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE